*Lina Stillman, Esq.*
**STILLMAN LEGAL P.C.**

Promissory
Estoppel ✗

$191.
v. $57,000.

→ Clara Tlapanco Cisneros
→ $2400

(work).  (56) Hrs
          1 No.

→ A㎎ - 2016
   2016 - 40 Hours   8:00 - 4:00 PM - $400
   2017 → 40 Hrs.    8:00 - 4:00 PM. $400
   2018 → _____
   2019 → _____
   2020 → _____
   2021 → _____
   2022 → _____

2 Mrs.
56 Hours.

62 Horas

30-80 H.11
Basement - NY.

$100
Taxi

Academi.

Jefferson 347-932-5525.

42 Boadway
12th Floor
New York NY 10004
1800-933-5620

*Licensed in New York, New Jersey and Pennsylvania*     LS@StillmanLegalPC.com

Name: Eli Sabbagh

Business Address: 1738 E 4th ST
            Brooklyn NY 11223-1918

Business name's:

1.) Core Traiding Inc
    1738 # 4th St Brooklyn NY 11223

2.) Image Traiding Corp

Home Address: 1918 E 9th St
         Brooklyn NY 11223

Phone Number: Eli Sabbagh

1917 — 545.7514

Contact Names and phone number from Witness
Nombres y Numero de Telefono de testigos.


- Igor Cortado
  2321 John Kennedy Blvd unit 7
  North Bergen NJ 07247
  1917 204 3707


- Don Hugo   (Maquilador)
  Phone #1 (908) 416-7876


- Don Juan   printer Samples
  1 (3470 256-9357

Name: Eli Sabbagh

Business Address: 1738 E 4th ST
                  Brooklyn NY 11223-1918

Business name's:

1.) Core Traiding Inc
    1738 # 4th St Brooklyn NY 11223
2.) Image Traiding Corp

Home Address: 1918 E 9th St
              Brooklyn NY 11223

Phone Number: Eli Sabbagh

1917- 545 -7514

Contact Names and phone number from Witness
Nombres y Numero de Telefono de testigos.

- Igor Cortado
  2321 John Kennedy Blvd unit 7
  North Bergen NJ 07247
  1917 204 3707

- Don Hugo  (Maquilador)

  Phone #1 (908) 416-7876

- Don Juan   printer Samples
  1 (3470 256-9357